■ LYNN LEW, Appellant, v MANHASSET PUBLIC LIBRARY et al., Respondents. [999 NYS2d 527]—

In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Nassau County (Marber, J.), entered August 8, 2013, which granted the defendants' motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

The plaintiff allegedly tripped and fell when she was walking down an aisle of the defendants' library. As the plaintiff walked down the aisle, there were bookshelves to her left and tables and chairs to her right. The plaintiff came across a book cart in the aisle and, as she walked around the book cart, she allegedly tripped and fell on the leg of a chair. The plaintiff commenced this action against the defendants to recover damages for personal injuries and, thereafter, the defendants moved for summary judgment dismissing the complaint. The Supreme Court granted the defendants' motion.

The defendants established their prima facie entitlement to judgment as a matter of law by demonstrating that the book cart and the chair were open and obvious and not inherently dangerous (*see Koepke v Deer Hills Hardware, Inc*, 118 AD3d 957 [2014]; *Flaim v Hex Food, Inc.*, 79 AD3d 797 [2010]; *Stern v Costco Wholesale*, 63 AD3d 1139 [2009]; *Neiderbach v 7-Eleven, Inc.*, 56 AD3d 632 [2008]). In opposition, the plaintiff failed to raise a triable issue of fact (*see Alvarez v Prospect Hosp.*, 68 NY2d 320 [1986]). Accordingly, the Supreme Court properly granted the defendants' motion for summary judgment dismissing the complaint. Skelos, J.P., Dickerson, Austin and Maltese, JJ., concur.